■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW BELLE, Appellant. [989 NYS2d 390]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered July 10, 2012, convicting him of sexual abuse in the first degree, assault in the second degree (three counts), and criminal obstruction of breathing or blood circulation, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]), we accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we find that, contrary to the defendant's contention, the verdict of guilt as to sexual abuse in the first degree was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The County Court correctly imposed consecutive sentences upon the convictions of sexual abuse in the first degree and assault in the second degree under count three of the indictment. The assault and sexual abuse each constituted separate and distinct acts, and neither was a material element of the other (*see People v Burton*, 83 AD3d 1562, 1563 [2011]; *People v Green*, 298 AD2d 209, 210 [2002]; *People v Williams*, 262 AD2d 19, 19-20 [1999]; Penal Law § 70.25). Mastro, J.P., Dickerson, Cohen and Miller, JJ., concur.